DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SANG KOM SOTH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-09-010 EJG |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS HEARING AND TO EXCLUDE TIME<br>) PURSUANT TO THE SPEEDY TRIAL ACT |
| SANG KOM SOTH, | ) |
| Defendant. | ) |

This case is currently scheduled for a status hearing on March 27, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for March 27, 2009, be continued until May 15, 2009. In addition, the parties stipulate that the time period from March 27, 2009, to May 15, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

| | | |
|---|---|---|
| 1 | DATED: March 24, 2009 | |
| 2 | Respectfully submitted, | |
| 3 | McGREGOR W. SCOTT | DANIEL BRODERICK |
| 4 | United States Attorney | Federal Defender |
| 5 | | |
| 6 | /s/ Lexi Negin for | /s/ Lexi Negin |
| 7 | TODD LERAS<br>Assistant U.S. Attorney<br>Attorney for United States | LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Sang Kom Soth |

1

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | IN THE UNITED STATES DISTRICT COURT | |
| 3 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

```
 1
 2                   IN THE UNITED STATES DISTRICT COURT
 3                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 4
   UNITED STATES OF AMERICA,        )    CASE NO. CR-S-09-010 EJG
 5                                  )
                  Plaintiff,        )
 6                                  )
           v.                       )    ORDER CONTINUING STATUS HEARING
 7                                  )    AND EXCLUDING TIME PURSUANT TO THE
                                    )    SPEEDY TRIAL ACT
 8 SANG KOM SOTH,                   )
                                    )
 9                Defendant.        )
10 _____
11     For the reasons set forth in the stipulation of the parties, filed on March 24, 2009, IT IS HEREBY
12 ORDERED that the status conference currently scheduled for March 27, 2009, be vacated and that the case
13 be set for Friday, May 15, 2009 at 10:00 a.m. The Court finds that the ends of justice to be served by
14 granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.
15 Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 24, 2009
16 stipulation, the time under the Speedy Trial Act is excluded from March 27, 2009, through May 15, 2009,
17 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel
18 with the reasonable time to prepare.
19
20 Dated:  March 23, 2009                    /s/ Edward J. Garcia
                                             EDWARD J. GARCIA
21                                           UNITED STATES DISTRICT JUDGE
```