```
1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    Lexi Negin, Bar #250376
     Assistant Federal Defender
3    801 I Street, 3rd. Floor
     Sacramento, California 95814
4    Telephone: (916) 498-5700

5    Attorney for Defendant
     SANG KOM SOTH
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-09-010 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| | ) | |
| SANG KOM SOTH, | ) | |
| | ) | |
| Defendant. | ) | |

      This case is currently scheduled for a status hearing on May 15, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

      The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for May 15, 2009, be continued until July 10, 2009. In addition, the parties stipulate that the time period from May 15, 2009, to July 10, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

      A proposed order is attached and lodged separately for the court's convenience.

1

| | | |
|---|---|---|
| 1 | DATED: May 11, 2009 | |
| 2 | | |
| 3 | Respectfully submitted, | |
| 4 | McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| 5 | | |
| 6 | /s/ Lexi Negin for | /s/ Lexi Negin |
| 7 | TODD LERAS<br>Assistant U.S. Attorney<br>Attorney for United States | LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Sang Kom Soth |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   CASE NO. CR-S-09-010 EJG
                                     )
             Plaintiff,              )
                                     )
      v.                             )   ORDER CONTINUING STATUS HEARING
                                     )   AND EXCLUDING TIME PURSUANT TO THE
                                     )   SPEEDY TRIAL ACT
SANG KOM SOTH,                       )
                                     )
             Defendant.              )
_____

For the reasons set forth in the stipulation of the parties, filed on May 11, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for May 15, 2009, be vacated and that the case be set for Friday, July 10, 2009 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 11, 2009 stipulation, the time under the Speedy Trial Act is excluded from May 15, 2009, through July10, 2009, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:   May   11, 2009                  /s/ Edward J. Garcia
                                         EDWARD J. GARCIA
                                         UNITED STATES DISTRICT JUDGE