DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SANG KOM SOTH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-09-010 EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| SANG KOM SOTH, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on July 10, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for July 10, 2009, be continued until September 25, 2009. In addition, the parties stipulate that the time period from July 10, 2009, to September 25, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED: July 8, 2009

                          Respectfully submitted,

McGREGOR W. SCOTT                   DANIEL BRODERICK
United States Attorney                     Federal Defender


 /s/ Lexi Negin for                          /s/ Lexi Negin
TODD LERAS                                LEXI NEGIN
Assistant U.S. Attorney                   Assistant Federal Defender
Attorney for United States                Attorney for Sang Kom Soth


     For the reasons set forth in the stipulation of the parties, filed on July 8, 2009,  IT IS HEREBY ORDERED that the status conference currently scheduled for July 10, 2009,  be vacated and that the case be set for Friday, September 25, 2009 at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 8, 2009 stipulation, the time under the Speedy Trial Act is excluded from July 10, 2009, through September 25, 2009, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.


Dated:   July 8_, 2009                        /s/ Edward J. Garcia
                                                      EDWARD J. GARCIA
                                                      UNITED STATES DISTRICT JUDGE