DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SANG KOM SOTH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-09-010 EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| SANG KOM SOTH, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on September 25, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for September 25, 2009, be continued until November 13, 2009. In addition, the parties stipulate that the time period from September 25, 2009, to November 13, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED: September 23, 2009

                        Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| */s/ Lexi Negin for* | */s/ Lexi Negin* |
| TODD LERAS | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Sang Kom Soth |

**O R D E R**

For the reasons set forth in the stipulation of the parties, filed on September 23, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for September 25, 2009, be vacated and that the case be set for **Friday, November 13, 2009, at 10:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 23, 2009 stipulation, the time under the Speedy Trial Act is excluded from September 25, 2009, through November 13, 2009, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: September 23, 2009

                                               /s/ Edward J. Garcia  
                                               EDWARD J. GARCIA  
                                               UNITED STATES DISTRICT JUDGE