DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
SANG KOM SOTH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-09-010 EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| SANG KOM SOTH, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on November 13, 2009.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for November 13, 2009, be continued until December 11, 2009.  In addition, the parties stipulate that the time period from November 13, 2009, to December 11, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

1  DATED: November 10, 2009

2
                    Respectfully submitted,
3
   McGREGOR W. SCOTT                    DANIEL BRODERICK
4  United States Attorney               Federal Defender

5

6   */s/ Lexi Negin for*                 */s/ Lexi Negin*
   TODD LERAS                           LEXI NEGIN
7  Assistant U.S. Attorney              Assistant Federal Defender
   Attorney for United States           Attorney for Sang Kom Soth
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SANG KOM SOTH,<br><br>　　　　　Defendant. | CASE NO. CR-S-09-010 EJG<br><br>ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

　　　For the reasons set forth in the stipulation of the parties, filed on November 10, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for November 13, 2009, be vacated and that the case be set for **Friday, December 11, 2009, at 10:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 10, 2009 stipulation, the time under the Speedy Trial Act is excluded from November 13, 2009, through December 11, 2009, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: November 5, 2009

　　　　　　　　　　　　　　　　　　　　　/s/ Edward J. Garcia
　　　　　　　　　　　　　　　　　　　　　EDWARD J. GARCIA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE