DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SANG KOM SOTH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-09-010 EJG |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| SANG KOM SOTH, ) | |
| Defendant. ) | |

    This case is currently scheduled for a status hearing on December 11, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for December 11, 2009, be continued until January 29, 2010. In addition, the parties stipulate that the time period from December 11, 2009, to January 29, 2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

    A proposed order is attached and lodged separately for the court's convenience.

1

DATED: December 9, 2009

Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

 */s/ Lexi Negin for*               */s/ Lexi Negin*
TODD LERAS                              LEXI NEGIN
Assistant U.S. Attorney            Assistant Federal Defender
Attorney for United States      Attorney for Sang Kom Soth

For the reasons set forth in the stipulation of the parties, filed on December 9, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for December 11, 2009, be vacated and that the case be set for **Friday, January 29, 2010, at 10:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 9, 2009 stipulation, the time under the Speedy Trial Act is excluded from December 11, 2009, through January 29, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: December 9, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

1