

1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SANG KOM SOTH
6

7             IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,           )  CASE NO. CR-S-09-010 EJG
10                                     )
              Plaintiff,               )
11                                     )  STIPULATION AND PROPOSED ORDER TO
        v.                             )  CONTINUE STATUS HEARING AND TO
12                                     )  EXCLUDE TIME PURSUANT TO THE
                                       )  SPEEDY TRIAL ACT
13 SANG KOM SOTH,                      )
                                       )
14            Defendant.               )
                                       )
15 _____

16      This case is currently scheduled for a status hearing on January 29, 2010. The attorneys for both

17 parties have conferred and agree that additional time is needed for defense preparation and meetings

18 between the parties with the goal being to resolve the case by way of a disposition.

19      The parties, through their respective counsel, hereby stipulate and agree that the status conference

20 scheduled in this case for January 29, 2010, be continued until February 26, 2010. In addition, the parties

21 stipulate that the time period from January 29, 2010, to February 26, 2010, be excluded under the Speedy

22 Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel

23 with the reasonable time to prepare.

24      A proposed order is attached and lodged separately for the court's convenience.

25

26

27

28                                         1

1  DATED: January 21, 2010

                    Respectfully submitted,

   BENJAMIN B. WAGNER                    DANIEL BRODERICK
   United States Attorney                Federal Defender


   */s/ Lexi Negin for*                  */s/ Lexi Negin*
   TODD LERAS                            LEXI NEGIN
   Assistant U.S. Attorney               Assistant Federal Defender
   Attorney for United States            Attorney for Sang Kom Soth

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-09-010 EJG |
| Plaintiff, | |
| v. | PROPOSED ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| SANG KOM SOTH, | |
| Defendant. | |

For the reasons set forth in the stipulation of the parties, filed on January 21, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for January 29, 2010, be vacated and that the case be set for **Friday, February 26, 2010, at 10:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 21, 2010 stipulation, the time under the Speedy Trial Act is excluded from January 29, 2010, through February 26, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: January 21, 2010

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

2