DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
SANG KOM SOTH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-09-010 EJG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO VACATE STATUS HEARING AND TO SET  CHANGE OF PLEA HEARING AND TO  EXCLUDE TIME |
| v. | ) | |
| SANG KOM SOTH, | ) | Date:  March 19, 2010 |
| Defendant. | ) | Time:  10:00 a.m. |
| | ) | Judge: Edward J. Garcia |

This case is currently scheduled for status conference on February 26, 2010.  The attorneys for both parties have conferred and agree that the status conference hearing date be vacated and a change of plea hearing date of March 19, 2010,  at 10:00  a.m. be set.

This continuance is being requested because the parties are working on a resolution of the case and need more time to revise the plea agreement.

It is further stipulated and agreed between the parties that the period from February 26, 2010, through and including March 19, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: February 26, 2010

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| */s/ Lexi Negin for*<br>TODD LERAS<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Sang Kom Soth |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SANG KOM SOTH,<br><br>　　　　　Defendant. | CASE NO. CR-S-09-010 EJG<br><br>PROPOSED ORDER TO VACATE STATUS HEARING AND TO SET CHANGE OF PLEA HEARING AND TO EXCLUDE TIME |

　　　For the reasons set forth in the stipulation of the parties, filed on February 26, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for February 26, 2010, be vacated and that the case be set for change of plea on **Friday, March 19, 2010, at 10:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 26, 2010 stipulation, the time under the Speedy Trial Act is excluded from February 26, 2010, through March 19, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: February 24, 2010

　　　　　　　　　　　　　　　　　　　　　　　/s/ Edward J. Garcia
　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. GARCIA
　　　　　　　　　　　　　　　　　　　　　　　U. S. District Judge

2