IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CASE NO. CR-S-09-010 EJG |
| ) | |
| Plaintiff,        ) | |
| ) | |
| v.        ) | ORDER TO CONTINUE |
| ) | CHANGE OF PLEA HEARING AND |
| ) | TO EXCLUDE TIME |
| SANG KOM SOTH,        ) | |
| ) | |
| Defendant.        ) | |
| _____ ) | |

For the reasons set forth in the stipulation of the parties, filed on March 17, 2010, IT IS HEREBY ORDERED that the change of plea hearing currently scheduled for March 19, 2010, be vacated and that the case be set for **Friday, April 9, 2010, at 10:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 17, 2010 stipulation, the time under the Speedy Trial Act is excluded from March 19, 2010, through April 9, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: March _17, 2010

  /s/ Edward J. Garcia
 EDWARD J. GARCIA
 UNITED STATES DISTRICT JUDGE