1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | Lexi Negin, Bar #250376
Assistant Federal Defender
3 | 801 I Street, 3rd. Floor
Sacramento, California  95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
SANG KOM SOTH

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )   CASE NO. CR-S-09-010 EJG
                                     )
12 |              Plaintiff,          )   STIPULATION AND ORDER TO CONTINUE
                                     )   CHANGE OF PLEA HEARING AND TO
13 |     v.                           )   EXCLUDE TIME PURSUANT TO THE
                                     )   SPEEDY TRIAL ACT
14 | SANG KOM SOTH,                    )
                                     )   Date:  May 7, 2010
15 |              Defendant.          )   Time:  10:00 a.m.
    _____ )   Judge: Edward J. Garcia
16

17 |       This case is currently scheduled for change of plea hearing on April 9, 2010.  The attorneys for both

18 | parties have conferred and agree additional time is needed to agree on a resolution of the case and revise

19 | the plea agreement.

20 |       The parties, through their respective counsel, hereby stipulate and agree that the change of plea

21 | hearing scheduled in this case for April 9, 2010, be continued until May 7, 2010.  In addition, the parties

22 | stipulate that the time period from April 9, 2010, through and including May 7, 2010, should be excluded

23 | in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18

24 | U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for continuity and preparation of counsel.

25 | ///

26 | ///

27 | ///

28 |                                          1

1           A proposed order is attached and lodged separately for the court's convenience.

2

3   DATED:  April 8, 2010

4

                    Respectfully submitted,

5

6   BENJAMIN B. WAGNER             DANIEL BRODERICK
    United States Attorney              Federal Defender

7

8

    */s/ Lexi Negin for*                      */s/ Lexi Negin*
9   TODD LERAS                         LEXI NEGIN
    Assistant U.S. Attorney            Assistant Federal Defender
10   Attorney for United States          Attorney for Sang Kom Soth

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                1

1

2                    IN THE UNITED STATES DISTRICT COURT

3                   FOR THE EASTERN DISTRICT OF CALIFORNIA

4
UNITED STATES OF AMERICA,              )     CASE NO. CR-S-09-010 EJG
5                                      )
                 Plaintiff,            )
6                                      )
        v.                             )     ORDER TO CONTINUE
7                                      )     CHANGE OF PLEA HEARING AND
                                       )     TO EXCLUDE TIME
8   SANG KOM SOTH,                     )
                                       )
9                Defendant.            )
   _____)

10

11         For the reasons set forth in the stipulation of the parties, filed on April 8, 2010,  IT IS HEREBY

12   ORDERED that the change of plea hearing currently scheduled for April 9, 2010, be vacated and that the

13   case be set for **Friday, May 7, 2010, at 10:00 a.m.**  The Court finds that the ends of justice to be served by

14   granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

15   Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 8, 2010

16   stipulation, the time under the Speedy Trial Act is excluded from April 9, 2010, through May 7, 2010,

17   pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel

18   with the reasonable time to prepare.

19   Dated: April 7, 2010

20

21                                         /s/ Edward J. Garcia
                                           EDWARD J. GARCIA
22                                         UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28                                               2