DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
SANG KOM SOTH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-09-010 EJG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| SANG KOM SOTH, | |
| Defendant. | Date:   July 9, 2010 |
| | Time:  10:00 a.m. |
| | Judge: Edward J. Garcia |

This case is currently scheduled for change of plea hearing on June 11, 2010.  The attorneys for both parties have conferred and agree additional time is needed to agree on a resolution of the case and revise the plea agreement.

The parties, through their respective counsel, hereby stipulate and agree that the change of plea hearing scheduled in this case for June 11, 2010, be continued until July 9, 2010.  In addition, the parties stipulate that the time period from June 11, 2010, through and including July 9, 2010, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for continuity and preparation of counsel.

///

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED:  June 9, 2010

Respectfully submitted,

BENJAMIN B. WAGNER                      DANIEL BRODERICK
United States Attorney                  Federal Defender


 /s/ Lexi Negin for                      /s/ Lexi Negin
TODD LERAS                              LEXI NEGIN
Assistant U.S. Attorney                 Assistant Federal Defender
Attorney for United States              Attorney for Sang Kom Soth

O R D E R

For the reasons set forth in the stipulation of the parties, filed on June 9, 2010,  IT IS HEREBY

ORDERED that the change of plea hearing currently scheduled for June 11, 2010, be vacated and that the

case be set for **Friday, July 9, 2010, at 10:00 a.m.**  The Court finds that the ends of justice to be served by

granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 9, 2010

stipulation, the time under the Speedy Trial Act is excluded from June 11, 2010, through July 9, 2010,

pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel

with the reasonable time to prepare.


Dated: June 8, 2010



 /s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

1