BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-09-010 EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| SANG KOM SOTH, ) | |
| Defendant. ) | |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Assistant Federal Defender Lexi Negin, Counsel for Defendant Sang Soth, that the status conference scheduled for August 12, 2010, be vacated and continued for further status conference and change of plea on August 27, 2010, at 10:00 a.m.

   The request to continue the status conference is made on the ground that additional time is needed by both parties to finalize the terms of the Plea Agreement in this case.  The government and

Stipulation and Order
Continuing Status Conference    1

defendant agree that an exclusion of time is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).  This exclusion of time includes the period from August 12, 2010, up to and including August 27, 2010.

DATED: August 11, 2010         By: /s/ Todd D. Leras
                                   TODD D. LERAS
                                   Assistant U.S. Attorney

DATED: August 11, 2010         By: /s/ Todd D. Leras for
                                   ALEXANDRIA P. NEGIN
                                   Attorney for Defendant
                                   SANG SOTH

Stipulation and Order
Continuing Status Conference    2

**IT IS HEREBY ORDERED:**

1. The status conference set for August 12, 2010, is continued to August 27, 2010, at 10:00 a.m.

2. Based on the stipulations and representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) from August 12, 2010, up to and including August 27, 2010.

IT IS SO ORDERED

Date: August 11, 2010          /s/ Edward J. Garcia
                               HONORABLE EDWARD J. GARCIA
                               SENIOR UNITED STATES DISTRICT
                               COURT JUDGE

Stipulation and Order
Continuing Status Conference