**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM

DATE: October 15, 2010

TO: Colleen Lydon, Courtroom Clerk to the Honorable Edward J. Garcia

FROM: Lexi Negin, Assistant Federal Defender

SUBJECT: United States v. Sang Kom Soth
Cr.S. 09-010 EJG

*FILED OCT 19 2010 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA*

This Memorandum is to confirm counsel's request to continue Judgment and Sentencing presently scheduled for November 12, 2010, to **Friday, December 10, 2010, at 10:00 a.m.** I have corresponded with Assistant U.S. Attorney Todd Leras and U.S. Probation Officer George Vidales, and both parties concur with this request. The PSR disclosure dates will change as follows:

| | |
|---|---|
| Counsel's Written Objections shall be due by: | November 12, 2010 |
| Pre-Sentence Report shall be filed with the Court and Disclosed to Counsel by: | November 19, 2010 |
| Motion for Correction shall be due by: | November 26, 2010 |
| Reply or Statement of No Opposition shall be due by: | December 3, 2010 |
| Judgment and Sentencing: | December 10, 2010, at 10:00 a.m. |

Thank you for your attention to this matter. Please contact me with any questions or concerns.

LN/vo

**IT IS SO ORDERED.**

Dated: October 18, 2010

EDWARD J. GARCIA
United States District Judge

cc: George Vidales, U.S. Probation Officer