**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*  *Chief Assistant Defender*

# M E M O R A N D U M

DATE:       December 8, 2010

TO:         Colleen Lydon, Courtroom Clerk to the
            Honorable Edward J. Garcia

FROM:       Lexi Negin, Assistant Federal Defender

SUBJECT:    United States v. Sang Kom Soth
            Cr.S. 09-010 EJG

---

    This Memorandum is to confirm counsel's request to continue Judgment and Sentencing presently scheduled for December 10, 2010, to **Friday, March 11, 2011, at 10:00 a.m.**  I have corresponded with Assistant U.S. Attorney Todd Leras and U.S. Probation Officer George Vidales, and both parties concur with this request. The PSR disclosure dates will change as follows:

| | |
|---|---|
| Counsel's Written Objections shall be due by: | February 11, 2011 |
| Pre-Sentence Report shall be filed with the Court and Disclosed to Counsel by: | February 18, 2011 |
| Motion for Correction shall be due by: | February 25, 2011 |
| Reply or Statement of Non-Opposition shall be due by: | March 4, 2011 |
| Judgment and Sentencing: | March 11, 2011, at 10:00 a.m. |

    Thank you for your attention to this matter.  Please contact me with any questions or concerns.

LN/vo

**IT IS SO ORDERED**.

Dated: December   8  , 2010

                                                           /s/ Edward J. Garcia
                                                           EDWARD J. GARCIA
                                                           United States District Judge

cc:    George Vidales, U.S. Probation Officer