**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700 Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM *& Order*

DATE: March 9, 2011

TO: Colleen Lydon, Courtroom Clerk to the Honorable Edward J. Garcia

FROM: Lexi Negin, Assistant Federal Defender

SUBJECT: United States v. Sang Kom Soth
Cr.S. 09-010 EJG

---

    This Memorandum is to confirm counsel's request to continue Judgment and Sentencing, presently scheduled for March 11, 2011, to **Friday, March 25, 2011, at 10:00 a.m.** I have corresponded with Assistant U.S. Attorney Todd Leras and U.S. Probation Officer George Vidales, and both parties concur with this request.

    Thank you for your attention to this matter. Please contact me with any questions or concerns.

LN/vo

**IT IS SO ORDERED.**

Dated: March 10, 2011

EDWARD J. GARCIA
United States District Judge

cc: George Vidales, U.S. Probation Officer



FILED
MAR 10 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK